**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**REBECCA FREUDENBERG,**

    **Plaintiff,**

v.                                                           **Case No.  8:05-cv-2383-T-27TBM**

**ROBERT A. NORMAN, D.O., P.A., et al.,**

    **Defendants.**
_____/

**O R D E R**

THIS MATTER is before the court on **Defendants' Motion to Compel** (Doc. 8).  By their motion, Defendants seek an Order compelling Plaintiff to respond to Defendants' First Set of Interrogatories and Request to Produce, which were served on May 5, 2006.  Defendants also seek the fees and costs incurred in bringing their instant motion.  Plaintiff has failed to file a response in opposition, and thus, the motion is deemed unopposed.  See M.D. Fla. R. 3.01(b).

Accordingly, Defendants' motion (Doc. 8) is **GRANTED in part**.  Plaintiff shall, within ten (10) days from the date of this Order, serve on Defendants complete responses to the discovery referenced above.  Defendants' request for fees and costs is **DENIED** without prejudice should Plaintiff fail to timely comply with this Order.

**Done and Ordered** in Tampa, Florida, this 8th day of September 2006.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record