UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REBECCA FREUDENBERG,

    Plaintiff,

v.                                                     Case No.  8:05-cv-2383-T-27TBM

ROBERT A. NORMAN, D.O., P.A., et al.,

    Defendants.
_____/

**O R D E R**

THIS MATTER is before the court on **Defendants' Second Motion to Compel and for Sanctions** (Doc. 10).  By their motion, Defendants seek an Order sanctioning Plaintiff, pursuant to Fed. R. Civ. P. 37, and awarding them the reasonable attorneys' fees and costs incurred in bringing both their instant motion and their first motion to compel.  They also seek an Order dismissing Plaintiff's lawsuit in its entirety.  By Defendants' allegations, Plaintiff has not responded at all to their First Set of Interrogatories and Request to Produce, which were served on May 5, 2006, and her failure to do so has prejudiced their ability to conduct discovery.[1]  Counsel for Plaintiff responds that he lost contact with Plaintiff in June 2006, but she has since contacted him and is in the process of completing the outstanding discovery.  As such, Plaintiff requests that she be given until October 27, 2006, to serve her responses to Defendants' First Set of Interrogatories (Plaintiff does not specifically mention the Request to Produce), and she urges the court to deny Defendants' instant motion.

---

[1] The discovery cut-off in this case is November 30, 2006.  (Doc. 7).

Upon consideration, the Defendants' motion (Doc. 10) is **GRANTED** to the extent that Plaintiff shall, within five (5) days from the date of this Order, provide complete responses to Defendants' First Set of Interrogatories *and* Request to Produce. Defendants' request for Rule 37 sanctions, in particular, the request for attorneys' fees and costs associated with its instant motion as well as its first motion to compel, is also **GRANTED**. Within fifteen (15) days from the date of this Order, counsel for the Defendants shall submit an affidavit of his costs and expenses associated with both motions. Defendants' request for an Order dismissing this action for failure to prosecute is **DENIED without prejudice**. Plaintiff is advised that should she fail to comply with this Order and otherwise fail to diligently prosecute her claims in accordance with the court's Scheduling Order, the court will have no choice but to dismiss her suit.

**Done and Ordered** in Tampa, Florida, this 24th day of October 2006.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record