# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**REBECCA FREUDENBERG,**

    **Plaintiff,**

v.                                        **Case No. 8:05-cv-2383-T-27TBM**

**ROBERT A. NORMAN, D.O., P.A., et al.**

    **Defendants.**
_____/

## O R D E R

THIS MATTER is before the court *sua sponte*. Previously, the court granted in part Defendants' Second Motion to Compel and for Sanctions (Doc. 10). See (Doc. 12). In ruling on the motion, the court granted Defendants' request for the reasonable fees and costs incurred in bringing both that motion and a first motion to compel and directed Defendants' counsel to file an affidavit for the court's consideration detailing the fees and costs associated with both motions. Id. Defendants' counsel has now filed such an affidavit, requesting a total of $950.00 in fees. See (Doc. 16 at 3). The Plaintiff has not filed any objections regarding the fees sought.[1]

Rule 37 provides generally for sanctions against parties or persons unjustifiably resisting discovery. Rule 37(a)(4)(A) provides in pertinent part:

> If the motion [to compel] is granted . . ., the court shall, after affording an opportunity to be heard, require the party . . . whose

---

[1] The court previously denied Plaintiff's motion to reconsider the Order granting Defendants' request for fees. See (Doc. 19).

> conduct necessitated the motion or the party or attorney advising such conduct or both of them to pay to the moving party the reasonable expenses incurred in making the motion, including attorney's fees, unless the court finds that the motion was filed without the movant's first making a good faith effort to obtain the disclosure or discovery without court action, or that the opposing party's nondisclosure, response, or objection was substantially justified, or that other circumstances make an award of expenses unjust.

Thus, under certain circumstances, the court must award reasonable expenses, including attorney's fees, for a party's failure to participate in discovery.

Having already concluded that Defendants are entitled to reasonable fees incurred in filing their motions to compel, except as noted below, the court concludes that the fees sought by counsel are reasonable.[2]  Defendants are hereby awarded $660.00 in attorney's fees. Accordingly, Plaintiff is hereby **ORDERED** to pay Defendants $660.00 for the fees counsel incurred in bringing the above referenced motions.

**Done and Ordered** in Tampa, Florida, this 7th day of December 2006.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

---

[2]Counsel seeks to recover fees for 3.8 hours worked at an hourly rate of $250.00. While the court recognizes that counsel is an experienced and very competent attorney, based on the court's experience and understanding on the hourly rates generally charged in this market, the court concludes that an hourly rate of $200.00 per hour is more than reasonable for the type of out- of- court work here performed. As for the hours expended, the total is reduced to 3.3 hours as the court finds that it awarded "fees . . . associated with this instant motion as well as the first motion to compel." The hours submitted for reviewing the court's Orders (.3) and reviewing the motion to reconsider (.2) are denied.

Counsel of Record

Case 8:05-cv-02383-JDW-TBM   Document 20   Filed 12/07/06   Page 3 of 3 PageID 98